UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Juan Antonio Beltran Ureta,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cr-2508-JAH<br><br>**ORDER** |

The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

Dated: 11/12/2020

　　　　　　　　　　　　　　　　　　　　　_/s/ Ruth Bermudez Montenegro_
　　　　　　　　　　　　　　　　　　　　　HON. RUTH BERMUDEZ MONTENEGRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

«Case_No_»